[No. 66134-5-I.   Division One.   April 23, 2012.]

DEBRA CHEESMAN ET AL., *Appellants*, v. MICHAEL J. ROWSE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-13221-0, Thomas J. Wynne, J., entered September 27, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 66313-5-I.   Division One.   April 23, 2012.]

*In the Matter of the Marriage of* DEANNA AIMEE BAILEY, *Respondent*, and JOHN DAVIN BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-3-02262-7, Arden J. Bedle, J. Pro Tem., entered November 2, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 66406-9-I.   Division One.   April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL MARK VILLALON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00963-1, Ira Uhrig, J., entered November 22, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Schindler, JJ.

[No. 66411-5-I.   Division One.   April 23, 2012.]

*In the Matter of the Marriage of* JEFFREY PAUL MANIPON, *Respondent*, and RANIE HELEN MANIPON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-06084-9, James A. Doerty, J., entered November 15, 2010. *Reversed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.